No. 83–6432.  SMITH v. BORDENKIRCHER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 83–6433.  WILKINS v. LYLES, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 83–6434.  SILVER v. MOHASCO CORP.  C. A. 2d Cir.  Certiorari denied.

No. 83–6441.  LOGAN v. CLERK, SEDGWICK COUNTY CIRCUIT COURT, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–6442.  JOHNSON v. CONSOLIDATED FREIGHTWAYS, INC. C. A. 7th Cir.  Certiorari denied.

No. 83–6444.  JONES v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–6448.  HOLMAN v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 83–6450.  SCHMIDT v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 83–6461.  CASTON v. MAGGIO, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–6462.  WILSON v. MORRIS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–6464.  MALDONADO v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–6465.  KNIGHT v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir.  Certiorari denied.

No. 83–6472.  SHAW v. NEECE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–6477.  DIAZ v. MARTIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–6478.  FULLARD v. FLORIDA.  C. A. 11th Cir.  Certiorari denied.